**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**NATOSHA GILL**                                                                      **PLAINTIFF**

V.                              **CASE NO.  5:06CV00154 BD**

**MICHAEL J. ASTRUE,**
**Commissioner,**
**Social Security Administration**                                         **DEFENDANT**

## JUDGMENT

In accordance with the Order filed in this matter this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and that Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 18th day of September, 2007.

_____
UNITED STATES MAGISTRATE JUDGE